**Anthony LIGORI, Appellant,**

v.

**UNITED STATES of America.**

No. 16315.

United States Court of Appeals Third Circuit.

Submitted June 20, 1967.

Decided June 29, 1967.

Anthony Ligori, pro se.

David M. Satz, Jr., U. S. Atty., Newark, N. J., Richard D. Catenacci, Asst. U. S. Atty., on the brief, for appellee.

Before KALODNER and HASTIE, Circuit Judges, and VAN DUSEN, District Judge.

OPINION OF THE COURT

PER CURIAM.

On review of the record we find no error.

The Order of the District Court denying the appellant's petition for writ of habeas corpus will be affirmed, for the reason stated in Judge Augelli's Memorandum and Order of August 19, 1966.

**Fred A. STEWART, Appellant,**

v.

**John W. GARDNER, Secretary of Health, Education, and Welfare, Appellee.**

No. 10974.

United States Court of Appeals Fourth Circuit.

Argued March 9, 1967.

Decided March 21, 1967.

Marshall G. West, Pineville, W. Va., (West, Blackshear & Goode, Pineville, W. Va., on brief), for appellant.

George D. Beter, Asst. U. S. Atty. Milton J. Ferguson, U. S. Atty., on brief), for appellee.

Before BOREMAN and BRYAN, Circuit Judges, and HARVEY, District Judge.

PER CURIAM:

Upon the memorandum opinion of the District Court, 270 F.Supp. 92, we affirm its judgment upholding the denial by the Secretary of Health, Education and Welfare of Social Security benefits to the plaintiff-appellant Fred A. Stewart. Section 205(g) of Social Security Act, 42 U.S.C. § 405(g).

Affirmed.